UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


----oo0oo----

FIFTH THIRD BANK,
                                    NO. CIV. 2:12-427 WBS CKD
          Plaintiff,

     v.

MICHAEL SCHEILBLI and INDERJIT
GREWAL,

          Defendants.                    /


----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

          After reviewing the parties' Joint Status Report, the
court hereby vacates the Status (Pretrial Scheduling) Conference
scheduled for May 29, 2012.

          I.   SERVICE OF PROCESS

          The named defendants have been served and no further
service is permitted without leave of court, good cause having
been shown under Federal Rule of Civil Procedure 16(b).

///

1

II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

III. JURISDICTION/VENUE

Jurisdiction is predicated upon diversity of citizenship, 28 U.S.C. § 1332.  Venue is undisputed and is hereby found to be proper.

IV.   DISCOVERY

The parties shall serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than June 1, 2012.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than September 14, 2012.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before October 12, 2012.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by November 1, 2012.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on

2

the magistrate judge's calendar in accordance with the local
rules of this court and so that such motions may be heard (and
any resulting orders obeyed) not later than November 1, 2012.

V.   MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary
restraining orders, or other emergency applications, shall be
filed on or before December 17, 2012.  All motions shall be
noticed for the next available hearing date.  Counsel are
cautioned to refer to the local rules regarding the requirements
for noticing and opposing such motions on the court's regularly
scheduled law and motion calendar.

VI.   FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for March 4, 2013,
at 2:00 p.m. in Courtroom No. 5.  The conference shall be
attended by at least one of the attorneys who will conduct the
trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for
trial at the time of the Pretrial Conference, with no matters
remaining to be accomplished except production of witnesses for
oral testimony.  Counsel shall file separate pretrial statements,
and are referred to Local Rules 281 and 282 relating to the
contents of and time for filing those statements.  In addition to
those subjects listed in Local Rule 281(b), the parties are to
provide the court with: (1) a plain, concise statement which
identifies every non-discovery motion which has been made to the
court, and its resolution; (2) a list of the remaining claims as
against each defendant; and (3) the estimated number of trial
days.

1        In providing the plain, concise statements of

2   undisputed facts and disputed factual issues contemplated by

3   Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

4   that remain at issue, and any remaining affirmatively pled

5   defenses thereto.  If the case is to be tried to a jury, the

6   parties shall also prepare a succinct statement of the case,

7   which is appropriate for the court to read to the jury.

8        VII.  TRIAL SETTING

9        The trial is set for May 7, 2013, at 9:00 a.m.  The

10   parties estimate that a jury trial will last two court days.

11       VIII. SETTLEMENT CONFERENCE

12       A Settlement Conference will be set at the time of the

13   Pretrial Conference.  All parties should be prepared to advise

14   the court whether they will stipulate to the trial judge acting

15   as settlement judge and waive disqualification by virtue thereof.

16       Counsel are instructed to have a principal with full

17   settlement authority present at the Settlement Conference or to

18   be fully authorized to settle the matter on any terms.  At least

19   seven calendar days before the Settlement Conference counsel for

20   each party shall submit a confidential Settlement Conference

21   Statement for review by the settlement judge.  If the settlement

22   judge is not the trial judge, the Settlement Conference

23   Statements shall not be filed and will not otherwise be disclosed

24   to the trial judge.

25       IX.  MODIFICATIONS TO SCHEDULING ORDER

26       Any requests to modify the dates or terms of this

27   Scheduling Order, except requests to change the date of the

28   trial, may be heard and decided by the assigned Magistrate Judge.

4

All requests to change the trial date shall be heard and decided only by the undersigned judge.

DATED: May 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5