Jordan T.L. Peters
Peters Law, Inc.
915 Highland Pointe Dr.
Suite 250
Roseville, CA. 95678
916.434.6740
916.434.6741 – facsimile
jordan@jordanpeterslaw.com

Geoffrey J. Moul (admitted *pro hac vice*)
Murray Murphy Moul + Basil LLP
1533 Lake Shore Drive
Columbus, OH  43204
614.488.0400
614.488.0401 – facsimile
moul@mmmb.com

Counsel for Plaintiff

Michael Alan Scheibli
1416 West Street
Redding, CA  96001
530.243.0317
530.243.2003 – facsimile
mscheibli@snowcrest.net

Defendant

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, | Case No.: 2:12-cv-00427-WBS-CKD |
| | Judge William B. Shubb |
| Plaintiff, | |
| | **STIPULATION TO COMPLETE SERVICE** |
| vs. | |
| MICHAEL SCHEIBLI, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Fifth Third Bank and Defendant Michael Scheibli that Plaintiff is permitted leave to complete service on Defendant Inderjit Grewal.

STIPULATION TO COMPLETE SERVICE- 1

On May 18, 2012, Plaintiff filed a Proof of Service of Summons indicating that service was completed on Defendant Grewal on May 10, 2012. *See* Declaration of Geoffrey J. Moul at ¶3 (attached hereto as Exhibit 1). On May 15, 2012, Plaintiff and Defendant Scheibli submitted their Joint Status Report in which they advised that all parties had been served. Accordingly, in the Status (Pretrial Scheduling) Order entered on May 25, 2012, the Court directed that no further service is permitted without leave.

Defendant Scheibli, historically counsel for Defendant Grewal, has now informed Plaintiff's counsel that Defendant Grewal does not believe service has been completed properly, contending that service was not made at a residence of Defendant Grewal. *Id.* at ¶4.

As a result, Plaintiff and Defendant Scheibli hereby stipulate that Plaintiff is permitted to continue its efforts to serve Defendant Grewal.[1]

Dated: June 25, 2012

                    Respectfully submitted,

**/s/ Geoffrey J. Moul**
Geoffrey J. Moul (admitted *pro hac vice*)
Murray Murphy Moul + Basil LLP
1533 Lake Shore Drive
Columbus, OH  43204
614.488.0400
614.488.0401 – facsimile
moul@mmmb.com

Jordan T.L. Peters
Peters Law, Inc.
915 Highland Pointe Dr.
Suite 250
Roseville, CA. 95678
916.434.6740
916.434.6741 – facsimile
jordan@jordanpeterslaw.com

Counsel for Plaintiff

---

[1] The parties submit that a revised discovery schedule will need to be established in order to avoid engaging in discovery that will need to be duplicated once service on Defendant Grewal has been completed.

**/s/ Michael A. Scheibli, per email authority**
Michael Alan Scheibli
1416 West Street
Redding, CA  96001
530.243.0317
530.243.2003 – facsimile
mscheibli@snowcrest.net

Defendant

## ORDER

Pursuant to the above Stipulation,

IT IS HEREBY ORDERED that Plaintiff is permitted leave to continue its efforts to serve Defendant Inderjit Grewal.

IT IS SO ORDERED.

DATED:  June 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE