**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FIFTH THIRD BANK, | ) Case No.: 2:12-cv-00427-WBS-AC <br> ) Judge William B. Shubb |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL SCHEIBLI, et al., | ) **AGREED FINAL JUDGMENT** |
| Defendants. | ) |

Plaintiff Fifth Third Bank, Defendant Michael Scheibli, and Defendant Inderjit Grewal have resolved the matters in controversy in this action and have consented to the terms of this Judgment in a Settlement Agreement, and the Court hereby enters this Judgment and hereby ORDERS, ADJUDGES AND DECREES that:

1. Fifth Third Bank is awarded a judgment against Defendants Inderjit Grewal and Michael Scheibli in the amount of $350,000 (the "Judgment Amount").

2. If and only if the following occurs on or before the dates specified herein, however, Fifth Third Bank agrees to collect only $175,000 on the Judgment Amount and forgive the remaining balance owed on the Judgment Amount by filing a satisfaction of Judgment:

    a. Defendants Scheibli and Grewal wire or cause to be wired $5,000 to Plaintiff Fifth Third Bank on or before August 31, 2012;

    b. Defendants Scheibli and Grewal wire or cause to be wired $20,000 to Plaintiff Fifth Third Bank on or before September 30, 2012;

    c.    Defendants Scheibli and Grewal wire or cause to be wired $150,000 to Plaintiff Fifth Third Bank on the earlier of a refinancing described in Section 2(d) below or December 31, 2012; and

    d.    Defendants Scheibli and Grewal shall cause:

        i.    Griffen Flink & Watson and/or Hank Griffen to serve as an escrow agent for the refinancing of debt by Colonnade Acquisitions, LLC, the refinancing of debt related to the Colonnade Hotel in Branson, Missouri and/or proceeds from the sale of such Hotel;

        ii.    irrevocably direct such escrow agent to wire $150,000 from such refinancing (and/or sale) to Plaintiff Fifth Third Bank should there be a refinancing and/or sale; and

        iii.    irrevocably directs such escrow agent to advise Plaintiff Fifth Third Bank of the last known address of Defendant Grewal.

IT IS SO ORDERED.

Date:  February 8, 2013

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE