UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FIFTH THIRD BANK,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL SCHEIBLI and INDERJIT GREWAL,<br><br>        Defendants. | CIV. NO. 2:12-427 WBS AC<br><br>ORDER |

----oo0oo----

On June 27, 2014, plaintiff Fifth Third Bank moved for an order assigning it the right to collect payments due to defendant Michael Scheibli in order to satisfy its outstanding judgment against Scheibli and defendant Inderjit Grewal. The motion was set for hearing on August 11, 2014. Scheibli, who is also the attorney representing defendants, has not filed a timely opposition or statement of non-opposition to the motion as required by Local Rule 230(c).

The court has re-set the motion for hearing on August

1

25, 2014, at 2:00 P.M.  At the hearing, Scheibli shall appear in person and inform the court whether he opposes the motion.  The court will not entertain any requests to appear telephonically.  Failure to comply with this Order may result in the imposition of sanctions, including, but not limited to, the granting of plaintiff's motion for an assignment order.

        IT IS SO ORDERED.

Dated:  August 15, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE